THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERNANDO PORTILLO, Appellant.— The evidence is sufficient to sustain the conviction, except as to the third count. There is no indication in the record that elimination of that count would have affected the sentence imposed below, nor do we find same excessive. Under the circumstances, the judgment is unanimously modified by eliminating the conviction on the third count and, as so modified, affirmed. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

PAUL MADDAUS, Respondent, v. WILLIAM GOFFEN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ. [See post, p. 1050.]

EGYPTIAN LACQUER MANUFACTURING COMPANY, Appellant, v. CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL FIELDS, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SPEDITZ, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES JOHNSON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALVIN E. LAIN, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.